IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDRE FLETCHER, | § | No. 499, 2015 |
| | § | |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 0111002808 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 24, 2015
Decided: February 11, 2016

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

### ORDER

This 11th day of February 2016, after careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we find if manifest that the judgment below should be affirmed on the basis of the Superior Court's order, dated August 20, 2015, which adopted the Commissioner's report and recommendation dated May 19, 2015.[*] The Superior Court did not err in concluding that the appellant's untimely and repetitive motion for postconviction relief was procedurally barred, and that the appellant had failed to overcome the procedural hurdles.

---

[*] *See State v. Fletcher*, 2015 WL 2438271 (Del. Super. Comm'r May 19, 2015) (recommending that motion for postconviction relief should be denied).

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED. The judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice